| | * | IN THE |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | AG No. 12 |
| CARL DAVID SOMERLOCK | * | September Term, 2023 |
| | * | |

# O R D E R

Upon consideration of the Joint Petition for Reprimand filed by Petitioner, the Attorney Grievance Commission of Maryland, and Respondent, Carl David Somerlock, on October 24, 2023, in which the parties advise that Respondent agrees that his conduct, as described in the Joint Petition, violated Rule 8.4(d) of the Maryland Attorneys' Rules of Professional Conduct and that Respondent consents to a reprimand as the appropriate sanction, it is this 30th day of October 2023

ORDERED, by the Supreme Court of Maryland, that Respondent, Carl David Somerlock, is REPRIMANDED for violating Rule 8.4(d) of the Maryland Attorneys' Rules of Professional Conduct.

/s/ Shirley M. Watts
Senior Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk